No. 879. CONTINENTAL CASUALTY COMPANY, ETC., ET AL. *v.* ALFRED W. AGEE, ADMINISTRATOR, ETC. On petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. March 2, 1925. Dismissed, on motion of *Mr. William W. Ray* for the petitioners. *Messrs. James L. DeVine, James A. Howell* and *Charles R. Hollingsworth* for respondent.

No. 888. PATRICK J. O'SHAUGHNESSY, ET AL. *v.* UNITED STATES. Error to the District Court of the United States for the Southern District of Alabama. March 2, 1925. Writ of error dismissed as to plaintiffs in error Benjamin Cody and Percy H. Kearnes, on motion of *Mr. Harry H. Smith* for plaintiffs in error. *The Attorney General* for the United States.

, No. 924. T. FRANK SMITH *v.* SAM L. GROSS, U. S. MARSHAL. On petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. March 9, 1925. Dismissed, on motion of *Messrs. J. M. McCormick, F. M. Etheridge* and *S. M. Lepturch* for petitioner. No appearance for respondent.

No. 925. L. J. ROBLING *v.* SAM L. GROSS, U. S. MARSHAL. On petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. March 9, 1925. Dismissed, on motion of *Messrs. J. M. McCormick, F. M. Etheridge* and *S. M. Lepturch* for petitioner. No appearance for respondent.

No. 312. SALT LAKE COUNTY *v.* UTAH COPPER COMPANY. Error to the Circuit Court of Appeals for the Eighth Circuit. March 16, 1925. Dismissed with costs, on motion of *Mr. Charles C. Richards* for the plaintiff in error. No appearance for defendant in error.